# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ERICH WILLIAMS and                                                            PLAINTIFFS
SHIRLEY WILLIAMS

v.                                      NO. 3:19cv00152 JM

BANK OF AMERICA, N.A., and                                                   DEFENDANTS
WILSON & ASSOCIATES, PLLC

## ORDER

The motions to admit counsel *pro hac vice* on behalf of separate Defendant, Bank of America, N.A. (Document Numbers 10, 11), are GRANTED. Simon Fleischmann and Gregory T. Noorigian are hereby admitted to appear before this Court as co-counsel of record in this action.

IT IS SO ORDERED this 6th day of June, 2019.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE